UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORI VAN MARTER DOANE,

       Plaintiff,

  v.

DOUGLAS COLE *et al.,*

       Defendants.

Case No. C08-5162RBL/JKA

ORDER DENYING PLAINTIFF'S
MOTION FOR LEAVE TO TAKE
WRITTEN DEPOSITIONS
WITHOUT PREJUDICE

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion asking for leave to take written depositions (Dkt # 16). The motion is supported by a memorandum in support (Dkt # 17). A memorandum in support of a motion is no longer required. Further, when the court ordered this action served it informed the parties:

(3) Filing and Service by Parties, Generally.

    All original documents and papers submitted for consideration by the court in this case, are to be filed with the Clerk of this court. The originals of all such papers shall indicate in the upper right-hand corner the name of the Magistrate Judge to whom the copies are to be delivered. **The papers shall be accompanied by proof that such documents have been served upon counsel for the opposing party (or upon any party acting pro se). The proof shall show the day and manner of service and may be written acknowledgment of service, by certificate of a member of the bar of this court,**

ORDER
Page - 1

1 | **or by affidavit of the person who served the papers.**
2 | (Dkt. # 6, page 2, emphasis added). There is nothing in the file to indicate this motion and supporting
3 | memorandum were served on opposing counsel. The motion is therefore, **DENIED WITHOUT**
4 | **PREJUDICE.**

DATED this 9 day of October, 2008.

<u>/S/ *J. Kelley Arnold*</u>
J. Kelley Arnold
United States Magistrate Judge