UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORI VAN MARTER DOANE,

      Plaintiff,

  v.

DOUGLAS COLE *et al.,*

      Defendants.

Case No. C08-5162RBL/JKA

ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's second motion asking for an extension of time to conduct discovery (Dkt. # 21). Defendants have responded and oppose the motion (Dkt. # 23).

    The court entered a scheduling order in this action in June of 2008. That order gave the parties until November of 2008, to conduct discovery. Defendants aver plaintiff has served one round of discovery and responses are due near the end of November (Dkt. # 23).

    Plaintiff states she needs the extension of time "because of the complexity in compiling a large number of documents." This action was filed in March of 2008. Plaintiff has had nearly eight months to

ORDER
Page - 1

conduct discovery. Plaintiff has not taken the steps needed to conduct discovery in this action and the motion is **DENIED.**

The clerk's office is directed to send a copy of this order to plaintiff, and to remove (Dkt # 21), from the court's calendar.

DATED this 14 day of November, 2008.

> <u>/S/ *J. Kelley Arnold*</u>
> J. Kelley Arnold
> United States Magistrate Judge