UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORI VAN MARTER DOANE,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS COLE SUPERINTENDENT WASHINGTON CORRECTION CENTER FOR WOMEN, MICHAEL SADOWSKI FOOD SERVICE MANAGER, AND GARY FRIEDMAN CONSULTANT,<br><br>Defendants. | Case No. C08-5162RBL/JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, defendants' objections to the report and recommendation [Dkt. #32], plaintiff's response [Dkt. #35], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant Friedman's motion is **GRANTED** for lack of personal participation. The remaining two defendants (Cole and Sadowski) motion for summary judgment is **DENIED WITHOUT PREJUDICE**.

The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 23rd day of March, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1