UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORI VAN MARTER DOANE,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS COLE, *et al.*,<br><br>Defendants. | CASE NO. C08-5162RBL/JRC<br><br>ORDER GRANTING A STIPULATED MOTION TO EXTEND THE STATUS REPORT DUE DATE |

This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4. The matter is before the court on the parties' stipulated motion to extend the due date for filing a status report (Dkt. # 43). After reviewing the motion and the remaining record, the court finds and orders as follows:

1. The motion is GRANTED. The due date for filing a status report shall be extended to **June 12, 2009**, a two week extension.

DATED this 5th day of June, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1