DISTRICT JUDGE RONALD B. LEIGHTON
MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORI VAN MARTER DOANE,

    Plaintiff,

v.

DOUGLAS COLE, et al.,

    Defendants.

NO. C08-5162JRC

ORDER OF DISMISSAL

~~(PROPOSED)~~

THIS MATTER having come before the undersigned Judge of the above-entitled Court, and based upon the attached Stipulation for Dismissal of the parties,

IT IS HEREBY ORDERED, that Plaintiff's claims against Defendant in the above-referenced cause of action are hereby dismissed with prejudice and the Court will not retain jurisdiction over this matter.

DATED this 15 day of September, 2009.

_____
J. RICHARD CREATURA

Presented By:

ROBERT M. MCKENNA
Attorney General

_____
SARA J. OLSON, WSBA #33003
Assistant Attorney General

Agreed as to form:

_____
LORI VAN MARTER DOANE
Plaintiff, Pro se

ORDER OF DISMISSAL
NO. C08-5162J

1